# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
[date] PM 3:27
CLERK Casbell
SO. DIST. OF GA.

| | |
|---|---|
| PAUL NJOGU GITAU, | |
| Petitioner, | CIVIL ACTION NO.: 5:19-cv-52 |
| v. | |
| PATRICK GARTLAND, | |
| Respondent. | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 10. Petitioner Paul Gitau ("Gitau") did not file Objections to this Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, **DISMISSES without prejudice** Gitau's 28 U.S.C. § 2241 Petition for failure to follow this Court's Order, **DENIES as moot** Respondent's Motion to Dismiss, and **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal. Additionally, the Court **DENIES** Gitau *in forma pauperis* status on appeal.

SO ORDERED, this ___5___ day of ___December___, 2019.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)